**Opinion issued July 3, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00285-CR

————————————

**KIROLOS HANY FALTAOUS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 434th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 22-DCR-099095**

---

## MEMORANDUM OPINION

Kirolos Hany Faltaous appealed from the trial court's April 9, 2024 judgment of conviction. Faltaous, through his appointed counsel, has now filed a motion to voluntarily dismiss the appeal. *See* TEX. R. APP. P. 42.2. The motion is accompanied by an unsworn declaration by Faltaous. In his declaration, Faltaous states that "it is

[his] decision to withdraw [his] appeal" and that he "no longer wish[es] to prosecute this appeal."  And he asks this Court to dismiss the appeal.

Faltaous's appointed counsel has signed the motion, and Faltaous has signed the declaration. *See* TEX. R. APP. P. 42.2(a).  We have not issued a decision in the appeal. *See* TEX. R. APP. P. 42.2(b).

Accordingly, we grant Faltaous's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.

Do not publish. TEX. R. APP. P. 47.2(b).